UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT LEE SALIH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, et al.,<br><br>    Defendants. | Case No. 24-cv-06983-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On October 4, 2024, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Charles R. Breyer to determine whether it is related to *Salih v. City of Fremont*, 23-cv-05108-CRB.

**IT IS SO ORDERED.**

Dated: October 18, 2024

Donna M. Ryu
Chief Magistrate Judge