CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SALIH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, FREMONT POLICE DEPARTMENT, PO WEI TSAI, DANIEL WONG, OMEED ZARGHAM, AND DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 3:23-cv-05108-CRB<br><br>**ORDER TO SHOW CAUSE AND TO CONTINUE CASE DEADLINES**<br><br>Honorable Charles R. Breyer |

Having reviewed Defendants' Separate Case Management Statement and good cause appearing, the Court hereby orders as follows:

1. Plaintiff shall **SHOW CAUSE**, in writing, within fourteen (14) days of this Order, as to whether he intends to prosecute this action and comply with all outstanding case

deadlines. Failure to respond to this Order may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. Defendants are instructed to serve copies of this Order on Plaintiff by email and by first-class mail to his last known address. Defendants are instructed to call Plaintiff's last known phone number to inform him of this Order. Defendants shall submit a declaration no later than Thursday, June 26, 2025 detailing their efforts to serve copies of this Order on Plaintiff.

3. Should Plaintiff file a timely response indicating his intent to proceed, the Court will issue a revised scheduling order continuing the current case deadlines by approximately thirty (30) days.

4. A further Case Management Conference is set for August 29, 2025 at 10:00 a.m. by videoconference (Zoom).

**IT IS SO ORDERED.**

Dated: __June 26, 2025__

_____

Honorable Charles R. Breyer