RAFAEL E. ALVARADO JR. (SBN 247904)
City Attorney
CITY OF FREMONT
3300 Capitol Avenue, Bld. A
Fremont, CA 94537-5006
Tel: (510) 284-4030
Fax: (510) 284-4031

PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendant
CITY OF FREMONT, FREMONT POLICE
DEPARTMENT, PO WEI TSAI, DANIEL WONG,
and OMEED ZARGHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SALIH,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF FREMONT, FREMONT POLICE DEPARTMENT, PO WEI TSAI, DANIEL WONG, OMEED ZARGHAM, AND DOES 1 through 10,<br><br>                    Defendants. | Case No. 3:23-cv-05108-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO STRIKE OR DISREGARD PLAINTIFF'S UNAUTHORIZED POST-JUDGMENT AMENDED COMPLAINT CIVIL L.R. 7-11**<br><br>Honorable Charles R. Breyer |

Having considered Defendants' Administrative Motion to Strike or Disregard Plaintiff's Unauthorized Post-Judgment Amended Complaint, and good cause appearing, the motion is GRANTED.

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

This action was dismissed with prejudice, and judgment was entered for Defendants and against Plaintiff on September 8, 2025. Plaintiff has not obtained relief from judgment under Federal Rule of Civil Procedure 59 or 60, and the Court has not reopened the case or granted Plaintiff leave to amend.

Accordingly, Plaintiff's post-judgment "Amended Complaint," filed on June 11, 2026 as Document 38, is not an operative pleading and does not require a response from Defendants.

IT IS SO ORDERED.

Dated:    June 17, 2026

HON. CHARLES R. BREYER

United States District Judge

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

2