United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT LEE SALIH,

Plaintiff,

v.

FREMONT POLICE DEPARTMENT, et al.,

Defendants.

Case No. 4:26-cv-07927-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the case is related to *Salih v. City of Fremont, et al.*, 23-cv-05108-CRB, and *Salih v. City of Fremont, et al.*, 24-cv-06983-CRB.

IT IS SO ORDERED.

Dated: August 4, 2026

KANDIS A. WESTMORE
United States Magistrate Judge